### STATE OF CONNECTICUT *v.* RONNELL L. BANKS

The defendant's petition for certification for appeal from the Appellate Court, 117 Conn. App. 102 (AC 28785), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Heather M. Wood,* deputy assistant public defender, in support of the petition.

*Timothy F. Costello*, deputy assistant state's attorney, in opposition.

Decided November 5, 2009